**JESSICA T. FEHR**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 247-4637
FAX: (406) 657-6989
E-Mail: jessica.fehr@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
BILLINGS DIV.

2011 OCT 31 PM 3 51

PATRICK E. DUFFY, CLERK
BY _____
          DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CLINTON SHOVAR, <br><br> Defendants. | CR 11-119-BLG-CSO <br><br> **CLASS A INFORMATION** <br><br> SIMPLE POSSESSION <br> Title 21 U.S.C. § 844 <br> (Penalty: one year imprisonment, $1,000 minimum fine up to $100,000 fine, and one year supervised release) |
|---|---|

THE UNITED STATES ATTORNEY CHARGES:

On or about May 13, 2010, in Laurel, within the State and District of Montana, the defendant, CLINTON SHOVAR, knowingly and intentionally possessed anabolic steroids, Schedule III controlled substances, without valid prescriptions, that is CLINTON SHOVAR possessed Methandrostenolone, Trenbolone Acetate, and Testosterone Enanthate without valid medical prescriptions, all in violation of Title 21, United States Code, Section 844(a).

Dated and Done this 31st day of October, 2011.

MICHAEL W. COTTER

United States Attorney

JESSICA T. FEHR
Assistant U.S. Attorney

MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff